124 February 11, 2026 No. 96

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Bradley Lynn BOONE,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN04150; 24CN04151; A185803 (Control), A185804

Rebecca D. Guptill, Judge.

Submitted January 22, 2026.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jose Garcia-Fuerte, Assistant attorney General, filed the brief for appellant.

Laura Graser waived briefing for respondent.

Before Lagesen, Chief Judge, Kamins, Judge, and Armstrong, Senior Judge.

PER CURIAM

Reversed.

**PER CURIAM**

This is a consolidated appeal in which the Oregon Health Authority (OHA) and the Oregon State Hospital (OSH) appeal judgments holding them in contempt of court and imposing monetary sanctions based on their failure to admit plaintiff for restoration treatment at OSH within seven days of the court's order to admit plaintiff. As OHA and OSH point out, this case not materially distinguishable from *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025), in which we reversed a similar contempt judgment based on our conclusion that the record established "as a matter of law, the affirmative defense of inability to comply, under ORS 33.055(1)." For the same reasons as in Lopez, we reverse the judgments on appeal.

Reversed.